UNITED STATES of America, Plaintiff–Appellee,

v.

Kenneth M. MONTGOMERY, Jr., a/k/a Richard E. Main, Defendant–Appellant.

No. 01–6163.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Kenneth M. Montgomery, Jr., pro se. David T. Maguire, Assistant United States Attorney, Richmond, VA, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Kenneth M. Montgomery, Jr., appeals the district court's order denying his motion for a new trial under Fed.R.Crim.P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Montgomery,* No. CR–98–289 (E.D.Va. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*